IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00562-PAB

UNITED STATES OF AMERICA ex rel. KEITH LIESE,

    Plaintiff,

        v.

YUBONG HAHN,

    Defendant.

**ORDER**

This matter comes before the Court on the United States' Notice of Election to Decline Intervention [Docket No. 29] pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). It is

**ORDERED** that the Complaint be unsealed and served upon Defendant Yubong Hahn ("Hahn") by Relator Keith Liese ("Liese"). It is further

**ORDERED** that all documents that have been filed under seal in this case as of the date of this Order are to remain under seal and not be made public or served upon the defendant, except for this Order, the United States' Notice of Election to Decline Intervention [Docket No. 29], and the Joint Notice of Voluntary Dismissal of Defendant Rocky Mountain Instrument Company Due to Settlement [Docket No. 22]. Liese will serve these documents upon Hahn only after service of the Complaint. It is further

**ORDERED** that the seal be lifted as to all other documents that are filed in this case after the date of this Order.  It is further

**ORDERED** that the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.  It is further

**ORDERED** the parties shall serve all notices of appeal upon the United States.  It is further

**ORDERED** that all orders of this Court shall be sent to the United States.


DATED May 16, 2012.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge