IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00562-PAB

UNITED STATES OF AMERICA ex rel. KEITH LIESE,

    Plaintiff,

        v.

YUBONG HAHN,

    Defendant.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

    This matter comes before the Court on the Notice of Voluntary Dismissal [Docket No. 33] filed by plaintiff-relator Keith Liese and the United States' Notice of Consent to Dismissal of Defendant Hahn [Docket No. 35].  The Court has reviewed the pleadings and is fully advised in the premises.  It is

    ORDERED that this matter is dismissed without prejudice.

    DATED November 13, 2012.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge